IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                                  :
UNITED STATES OF AMERICA       :       3:05 MC 195 (EBB)
                                                  :
V.                                                     :       DATE: SEPT. 15, 2005
ANDRE H. JAEGER, JR.               :
                                                 :
------------------------------------------------------x

RECOMMENDED RULING ON PETITION TO ENFORCE INTERNAL REVENUE
SERVICE SUMMONS AND ON RESPONDENT'S MOTION TO DISMISS

On June 20, 2005, petitioner filed the pending Petition to Enforce Internal Revenue Service Summons (Dkt. #1), with a declaration of IRS Revenue Agent Hyacinth Futo, dated June 17, 2005 attached as Exh. A and a copy of an IRS Summons, issued on November 23, 2004 attached as Exh. B.   As the Petition and Futo Declaration indicate, Agent Futo is conducting an investigation of the tax liability of the respondent, Andre Jaeger, for the periods ending 2000 and 2001 and in connection with this investigation, served an IRS Summons upon respondent; respondent failed to appear as directed.   Futo avers that all administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken, and the testimony and items sought by the summons are necessary in order to determine respondent's tax liability for the periods ending 2000 and 2001.  (Futo Declaration ¶ 7).   Three days later, the Petition was referred to this Magistrate Judge (Dkt. #2), and one week later, on June 30, 2005, an Order to Show Cause was issued.  (Dkt. #3).

On August 11, 2005, respondent filed his Response to Order to Show Cause (Dkt. #5), in which he asserts, <u>inter alia</u>, that he is not a United States citizen under the Fourteenth Amendment, that he has earned no income "effectively connected with the conduct of a trade or business" and hence has no tax liability to the IRS, that he has an "unalienable right to earn a living," that he never voluntarily accepted his Social Security

number, that he has "never knowingly, thoughtfully, intentionally, or voluntarily agreed to be subject to the jurisdiction of the IRS," that he has not waived his Fourth or Fifth Amendment rights, and that the IRS has failed to take all necessary administrative steps. He further seeks dismissal of the Petition and the award of attorney's fees in his favor.

Twelve days later, on August 23, 2005, the Government filed its Reply to [Respondent's] Response (Dkt. #6), in which it argues that this Court has jurisdiction over this Summons Enforcement Proceeding (at 2-3), and that the Government has met the required elements to enforce this summons as set forth in United States v. Powell, 379 U.S. 48 (1964), namely that this investigation is being conducted pursuant to a proper purpose, the material sought is relevant to the purpose, the information requested is not already within the IRS' possession, and all of the legally required administrative steps have been followed. (Id. at 3-9). A brief hearing was held on September 12, 2005 before this Magistrate Judge (Dkt. #7), at which respondent filed a Motion to Dismiss (Dkt. #8) and a surreply brief to the Government's reply brief (Dkt. #9).

For the reasons stated in the Government's Reply (Dkt. #6), the Petition to Enforce Internal Revenue Summons (Dkt. #1) is hereby granted and respondent's Motion to Dismiss (Dkt. #8) is hereby denied. The Enforcement Order and Judgment is hereby filed with this Recommended Ruling.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** Fed. R. Civ. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 15th day of September, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge